UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES AL-PINE,<br><br>    Petitioner,<br><br>v.<br><br>KENDALL RICHERSON,<br><br>    Respondent. | Case No. 18-cv-05142-JD<br><br>**ORDER OF DISMISSAL** |

Petitioner, a prisoner in Texas, has filed a habeas action, though a review of the petition indicates that he seeks relief pursuant to 42 U.S.C. § 1983. Court records indicate that petitioner previously filed another action with the same allegations. *See Al-Pine v. Kendall Rich*, Case No. 18-cv-4612 JD. This case is **DISMISSED** as duplicative. *See Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007). A certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 12, 2018

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES AL-PINE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KENDALL RICHERSON,<br><br>　　　　　Defendant. | Case No. 18-cv-05142-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 12, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles Al-Pine ID: TDCJ#:1422624
James V. Allred Unit
2101 N Farm to Market 369
Housing: G-12-F-72-Cell
Iowa Park, TX 76367


Dated: September 12, 2018


　　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　LISA R. CLARK, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　Honorable JAMES DONATO

2